UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN S. DUBAY,                                   :
                                                  :
    Plaintiff                                    :
v.                                                :   Case No. 1:16-cv-00322-GJQ-PJG
                                                  :   Hon. Gordon J. Quist
TRANS UNION LLC and
FIFTH THIRD BANK,

    Defendant(s).
_____/

### JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and resolved as between the Plaintiff, Kevin S. Dubay ("Plaintiff") and Defendant Trans Union LLC ("Defendant"). Plaintiff and Defendants anticipate filing a Stipulation of Dismissal with Prejudice and proposed order no later than 30 days from this Notice, once this matter has been definitively resolved.

RESPECTFULLY AND JOINTLY SUBMITTED,

Date: August 29, 2016

| | |
|---|---|
| /s/ Nicholas A. Reyna | /s/ Scott E. Brady |
| Nicholas A. Reyna (P68328) | Laura K. Rang (IN #26238-49-A) |
| | Scott E. Brady (IN #30534-49) |
| Attorney for Plaintiff | Attorney for Defendant Trans Union LLC |
| 528 Bridge St., Ste. 1A | 4545 Northwestern Drive |
| Grand Rapids, MI 49504 | Zionsville, IN 46077 |
| (616) 235-4444 | (317) 363-2400 |
| Nickreyna7@hotmail.com | lrang@schuckitlaw.com |
| | sbrady@schuckitlaw.com |