UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN S. DUBAY,                              :
                                             :
    Plaintiff                               :
v.                                           :   Case No. 1:16-cv-00322-GJQ-PJG
                                             :   Hon. Gordon J. Quist
TRANS UNION LLC and
FIFTH THIRD BANK,

    Defendant(s).
_____/

JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Kevin S. Dubay ("Plaintiff") and Defendant Fifth Third Bank ("Defendant") hereby inform the Court that settlement of the present matter has been reached as between them, and they are in the process of finalizing a settlement agreement. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal with Prejudice and proposed order no later than September 26, 2016.

RESPECTFULLY AND JOINTLY SUBMITTED,

Date:  August 30, 2016

/s/ Nicholas A. Reyna                         /s/ Kristina M. Araya
Nicholas A. Reyna (P68328)                    Kristina M. Araya (P74507)
Attorney for Plaintiff                        Attorney for Defendant Fifth Third Bank
528 Bridge St., Ste. 1A                       111 Lyon St. NW, Ste. 900
Grand Rapids, MI 49504                        Grand Rapids, MI 49503
nickreyna7@hotmail.com                        karaya@wnj.com